UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 0 8 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

WILLIAM J. BURT,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and
HILL-ROM CORPORATION, INC.,

    Defendants.

Civil Action No. 5:19-cv-261 (DNH/DEP)

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT HILL-ROM COMPANY, INC. WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal, without prejudice, of named Defendant Hill-Rom Company, Inc., incorrectly named as Hill-Rom Corporation, Inc., in the above-referenced matter. The parties further stipulate and agree that the benefits in this case are fully insured by a group long term disability insurance policy issued by Defendant Liberty Life Assurance Company of Boston ("Liberty") and that Liberty is responsible for payment of all benefits that may be due to Plaintiff under the Policy. The parties further stipulate and agree that Liberty will not assert failure to name the Plan as a defense to Plaintiff's claim for benefits in this matter.

[SIGNATURE AND DATE ON NEXT PAGE]

Dated this 5th day of April, 2019.

STIPULATED TO:

By: /s/ *Edward A. Wicklund*
Edward A. Wicklund
Olinsky Law Group
One Park Place
300 South State Street
Syracuse, NY 13202
twicklund@windisability.com
Telephone: 315-701-5780
Facsimile: 315-701-5781
*Attorneys for Plaintiff*

By: /s/ *Byrne J. Decker*
Byrne J. Decker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2 Monument Square, 7th Floor
Portland, ME 04101
byrne.decker@ogletree.com
Telephone: 207-387-2963
Facsimile: 207-387-2986
*Attorneys For Defendants*

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 4/8/2019
Utica, NY